**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-7886**

———————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

LARRY MARTIN CAIN, a/k/a DUKE,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Florence.  Terry L. Wooten, Chief District Judge.  (4:09-cr-00073-TLW-16)

———————

Submitted: March 27, 2014          Decided:  April 1, 2014

———————

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Larry Martin Cain, Appellant Pro Se.  Robert Frank Daley, Jr., Jimmie Ewing, Stanley D. Ragsdale, Assistant United States Attorneys, Columbia, South Carolina; Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Martin Cain appeals the district court's order denying his motion to compel the specific performance of the plea agreement. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Cain, No. 4:09-cr-00073-TLW-16 (D.S.C. Oct. 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2